BLONDET, PLAINTIFF AND APPELLEE, v. BENÍTEZ ET AL.,
DEFENDANTS AND APPELLANTS.

APPEAL from the Second District Court of San Juan in an
Action of Unlawful Detainer.—Motion for Dismissal.

No. 3152.—Decided March 6, 1924.

APPEAL—DELAY—FRIVOLOUS APPEAL.—For the dismissal of an appeal under Rule
59 of the Supreme Court it is not sufficient that ninety days may have elapsed
since the notice of appeal was filed without the transcript's having been filed,
but it must be shown that the appellant was not diligent or that the appeal
is frivolous.

The facts are stated in the opinion.

*Mr. M. Tous Soto* for the appellants.

*Messrs. R. H. Blondet* and *J. Valldejulli* for the appellee.

MR. JUSTICE FRANCO SOTO delivered the opinion of the
court.

This is a motion for the dismissal of an appeal taken
by the defendants from the judgment of unlawful detainer
rendered by the trial court in favor of the plaintiff.

The motion is based on Rule 59 of the Supreme Court
on the grounds that the appellants had not filed the record
within ninety days and that the appeal was frivolous, the
defendants having no good cause for litigating further.
The said motion was filed in this court on February 4, 1923.

The appellants opposed the motion on February 12, 1923,
and exhibited the judgment-roll and statement of the case.

The appeal was taken on August 22, 1923, and on the
31st of that month the appellants were granted an extension
of twenty days for presenting the proposed statement of
the case, which was filed in the trial court on September 14,
1923. The trial court ordered certain additions to be made
to it and the proposed statement was again presented on
September 19, 1923, and approved by the trial judge on
January 22, 1924. These proceedings do not show, there-
fore, the lack of diligence imputed to the defendants in
the prosecution of their appeal, because the mere lapse of
the ninety days referred to in rule 59, *supra*, is not suf-

ficient, but it must be shown satisfactorily that the appellants were not diligent in proceeding with and preparing their appeal.

As it has not been shown to the satisfaction of this court that the appeal is frivolous, it can not be dismissed on that ground.

For these reasons the motion for dismissal must be overruled.

*Motion overruled.*

Chief Justice Del Toro and Justices Wolf, Aldrey and Hutchison concurred.